**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

*\*Electronically Filed\**

| | | |
|---|---|---|
| **HERMAN ANDREW GESENHUES,** | * | Case No.:  3:19-00204-JHM |
| | * | |
| Plaintiff, | * | Judge Joseph H. McKinley, Jr. |
| | * | |
| v. | * | |
| | * | |
| **RADIAL, INC. and ADECCO STAFFING,** | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

## PROPOSED ORDER GRANTING DEFENDANT ADECCO'S MOTION TO COMPEL ARBITRATION AND DISMISS THE CASE WITHOUT PREJUDICE

Defendant having submitted its Motion to Compel Arbitration and Dismiss the Case without Prejudice, this Court having reviewed the parties' submissions, heard the arguments of counsel, and considered all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.  Plaintiff's claims are submitted to binding arbitration.  This action is hereby dismissed without prejudice.

   **IT IS SO ORDERED.**


DATED: _____          By: _____

                                                                    UNITED STATES DISTRICT JUDGE




4821-7460-8826, v. 1

1